UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Larry Smith

V.  CA 09-426ML

Officer Estrella, et al

## ORDER

This matter is before the Court on the Report and Recommendation (Docket #8) issued by Magistrate Judge Hagopian on December 1, 2009. Magistrate Judge Hagopian recommends dismissal of the complaint pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff has filed a response wherein he repeats many of the allegations he made in his complaint. He fails, however, to address the many deficiencies of that pleading described within the Report and Recommendation.

This Court, therefore, adopts the Report and Recommendation. This matter is DISMISSED.

SO ORDERED:

_/s/ Mary M. Lisi_
Mary M. Lisi
Chief United States District Judge
December 18, 2009